FILING FEE PAID?    IFP Received?      IFP Amount:  $350.00

YES ☐             YES ☒

NO  ☒             NO  ☐          Magistrate:  Shon T. Erwin

# CIV- 18-1152-HE

## Halliwell    v.    Allbaugh et al

## PREVIOUS CASES

**Ronny Darnell is a plaintiff in 2 cases.**

| | | |
|---|---|---|
| [5:12-cv-01065-M](#) | Darnell v. Oklahoma Department of Corrections et al | filed 09/25/12   closed 09/24/14 |
| [5:18-cv-01152-HE](#) | Halliwell v. Allbaugh et al | filed 11/21/18 |