# UNITED STATES DISTRICT COURT
for the
Western District of Oklahoma

Ms. Phoebe Renée Halliwell, )
A.K.A. Ms. Ronny Darnell )
)
)
Plaintiff(s), )
)
v. ) Case No. CIV-18-1152-D
)
Joe M. Allbaugh, Is being Sued )
In his Individual, and )
Official Capacity. )
)
Defendant(s). )

SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Joe M Allbaugh (Director)
3400 Martin Luther King Ave.
Oklahoma City, OK. 73136-0400

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ms. Phoebe Renée Halliwell #521825
C.C.F. Unit# AS-104
3200 S. Kings Hwy.
Cushing, OK. 74023

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



SUMMONS ISSUED:
3:07 pm, Jul 15, 2019
CARMELITA REEDER SHINN, Clerk

By: _____
Deputy Clerk

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO440(Rev.12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Oklahoma

Ms. Phoebe Renee Halliwell,
A.K.A. Ms. Ronny Darnell,

Plaintiff(s),

v.  Case No. CIV-18-1152-D

Joel B. McCurdy, Is being sued
In his Individual, and
Official Capacity.

Defendant(s).

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Joel B. McCurdy (CMO)
2901 N. Classen Blvd., Suite #200
Oklahoma City, OK. 73106

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Ms. Phoebe Renee Halliwell #521825
C.C.F. unit # AS-104
3200 S. Kings Hwy.
Cushing, OK. 74023

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



SUMMONS ISSUED:
3:07 pm, Jul 15, 2019
CARMELITA REEDER SHINN, Clerk

By: _____
Deputy Clerk

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

# UNITED STATES DISTRICT COURT
for the
Western District of Oklahoma

Ms. Phoebe Renee Halliwell )
A.K.A: Ms. Ronny Darnell. )
)
)
Plaintiff(s), )
)
v. ) Case No. CIV-18-1152-D
)
Buddy Honaker, Is being Sued )
In his Individual and )
Official Capacity. )
)
Defendant(s). )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Buddy Honaker (CMO)
2901 N. Classen Blvd., Suite #200
Oklahoma City, Ok. 73106

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Ms. Phoebe Renee Halliwell #521825
C.C.F. Unit# AS-104
3200 S. Kings Hwy.
Cushing, Ok. 74023

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



SUMMONS ISSUED:
3:07 pm, Jul 15, 2019
CARMELITA REEDER SHINN, Clerk

By: *Kature Thurm*
Deputy Clerk

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

# UNITED STATES DISTRICT COURT
## for the
## Western District of Oklahoma

Ms. Phoebe Reneé Halliwell,
A.K.A. Ms. Ronny Darnell,

Plaintiff(s),

v.  Case No. CIV-18-1152-D

Patrisha Jones, is being Sued
in her individual, and
official Capacity.

Defendant(s).

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Patrisha Jones (Psychiatrist)
16161 Moffet Rd.
Lexington, OK. 73051-0548

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Ms. Phoebe Reneé Halliwell #521825
C.C.F. Unit #A5-104
3200 S. Kings Hwy.
Cushing, OK. 74023

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



SUMMONS ISSUED:
3:07 pm, Jul 15, 2019
CARMELITA REEDER SHINN, Clerk

By: *(signature)*
    Deputy Clerk

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO440(Rev.12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Oklahoma

Ms. Phoebe Renée Halliwell,
A.K.A. Ms. Ronny Darnell,

Plaintiff(s),

v.

Raymond Byrd, Is being Sued
In his Individual, and
Official Capacity.

Defendant(s).

Case No. CIV-18-1152-D

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Raymond Byrd (Warden)
3200 S. Kings Hwy.
Cushing, OK. 74023

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Ms. Phoebe Renée Halliwell #521825
C.C.F. Unit # AS-104
3200 S. Kings Hwy.
Cushing, OK. 74023

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



SUMMONS ISSUED:
3:07 pm, Jul 15, 2019
CARMELITA REEDER SHINN, Clerk

By: *Katohn Thurm*
    Deputy Clerk

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO440(Rev.12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Oklahoma

Ms. Phoebe Reneé Halliwell, )
A.K.A Ms. Ronny Darrnall, )
)
)
Plaintiff(s), )
)
v. ) Case No. CIV-18-1152-D
)
Safieh Rashti, Is being Sued )
In her Individual, and )
official Capacity. )
)
Defendant(s). )

SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Safieh Rashti (HSA)
Cimarron Corr. Facility
3200 S. Kings Hwy.
Cushing, OK. 74023

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ms. Phoebe Reneé Halliwell #521825
C.C.F. Unit # AS-104
3200 S. Kings Hwy.
Cushing, OK. 74023

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



SUMMONS ISSUED:
3:08 pm, Jul 15, 2019
CARMELITA REEDER SHINN, Clerk

By: *Katurn Thurn*
Deputy Clerk

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

# UNITED STATES DISTRICT COURT
for the
Western District of Oklahoma

Ms. Phoebe Renée Halliwell,
A.K.A. Ms. Ronny Darnell,

　　　　　Plaintiff(s),

v.　　　　　　　　　　　　　　　　Case No. CIV-18-1152-D

Steven Paine, Is being sued
In his Individual, and
Official Capacity.

　　　　　Defendant(s).

## SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address)
Dr. Steven Paine (medical Provider)
Cimarron Corr. Facility
3200 S. Kings Hwy.
Cushing, OK. 74023

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Ms. Phoebe Renée Halliwell #521825
C.C.F. unit# AS-104
3200 S. Kings Hwy.
Cushing, OK. 74023

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



SUMMONS ISSUED:
3:08 pm, Jul 15, 2019
CARMELITA REEDER SHINN, Clerk

By: _____
　　　Deputy Clerk

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*