# REQUEST TO DIRECTOR TO SUBMIT A MISCONDUCT/GRIEVANCE APPEAL OUT OF TIME

Facility __C.C.F.__   Is this a resubmittal? _____ yes __✓__ no

Inmate's PRINTED Name/DOC Number __Ms. Phoebe Reneé Halliwell__
__Ms. Ronny Darnell #521825__

☐ Misconduct Appeal _____ OR ☑ Grievance Appeal Number __19-163__

PRIOR TO SUBMISSION OF A REQUEST TO SUBMIT OUT OF TIME, THE APPEAL MUST BE DENIED BY THE FACILITY HEAD/DISTRICT SUPERVISOR AND THE ADMINISTRATIVE REVIEW AUTHORITY AS OUT OF TIME.

***DO NOT ATTACH THE MISCONDUCT APPEAL, GRIEVANCE, OR ANY OTHER ITEM TO THIS REQUEST.***

Date denied as untimely by facility head/district supervisor __May 10, 2019__

Date denied as untimely by Administrative Review Authority _____

You must prove by substantial evidence that the appeal was not submitted in a timely manner through no fault of your own. State reason below (You may use the back of the form): __This Grievance was not out of time. I am Grievancing my visit to Dr. Paine on 4-11-19, after my visit on 4-11-19 I filled the Request to Staff, the same day so therefore I am not out of time.__

I understand that I will be charged $2 to submit this request to the Administrative Review Authority and that this form is also a request for disbursement of funds from my trust fund draw account. If I do not have enough funds to cover this cost, the amount will be collected as soon as funds become available. If approved, no fee will be assessed.

__Ms. Phoebe Reneé Halliwell__
__Ms. Ronny Darnell #521825__         __5-11-2019__
Inmate's Signature/DOC Number            Date

☐ Request denied   ☐ Request approved   ☐ Your appeal has not been declared out of time by this office, therefore, your request to file an appeal out of time is premature.

*Inmates Responsibility to submit to ARA.*

_____
Director or Director's Designee

If approved, the inmate may resubmit the appeal [per OP] 090124, as applicable.