Exhibit "B"

JOE M. ALLBAUGH
DIRECTOR



MARY FALLIN
GOVERNOR

STATE OF OKLAHOMA

OKLAHOMA DEPARTMENT OF CORRECTIONS
REGION I INSTITUTIONS
PREA UNIT

Date: July 31, 2018

Ronny Darnell #521825, Unit FA-101
Cimarron Correctional Facility
3200 S. Kings Hwy.
Cushing, OK 74023

Inmate Darnell,

I am in receipt of your correspondence regarding your request for hormone replacement therapy.

According to OP-140147, consideration by PIARA of an inmate's request will be initiated by the inmate through the grievance process established in OP-090124 entitled "Offender Grievance Process." I encourage you submit your request as required by policy.

Sincerely,

Jeff McLaughlin,
Agency PREA Coordinator
Region I Institutions

Chk/JM

3400 MARTIN LUTHER KING
OKLAHOMA CITY, OK 73111
(405) 425-2500
www.doc.ok.gov