Exhibit "D"



JOE M. ALLBAUGH
DIRECTOR

MARY FALLIN
GOVERNOR

STATE OF OKLAHOMA
OKLAHOMA DEPARTMENT OF CORRECTIONS
MEDICAL SERVICES

November 5, 2018

Ronny Darnell, DOC #521825
Cimarron Correctional Facility
3200 S. Kings Highway
Cushing, OK 74023

**Re: Improperly Submitted Grievance Correspondence (#MARA-18-75)**

Dear Ronny Darnell:

Your letter postmarked October 9, 2018, was received in the medical services office on October 15, 2018. In accordance with OP-090124, I am returning (a copy of) your original correspondence unanswered for the following reason(s):

1. The complaint was not brought forth using the formal grievance process (i.e., a letter was used to address the offender's concerns).

The appropriate method for addressing any health concern is via the facility's sick call process. Please document such concerns on a "Request for Health Services" form and submit it to the medical unit at your facility. If necessary, an appointment can then be scheduled for you to be examined by a qualified health care professional.

**WARNING**: It is your responsibility to submit your grievance correspondence properly in accordance with OP-090124. Please read this policy carefully before you submit any other correspondence. Contact your case manager if you have questions or need further assistance regarding the grievance process. A grievance restriction may be imposed, as described in §IX, for any subsequent misuse and/or abuse of the grievance process.

Sincerely,

Buddy Honaker
Medical Services Manager

BH/rm

CC    Safieh Rashti
      Raymond Byrd
      Tiffany Hickerson
      Greg Williams (Brenda Bryant)
      Julie Rose
      Stephanie Adams
      Kerry Minyard
      File

Ms. Phoebe Halli Well Darrell
A/K/A Mr. Rory Darrell
C.C.F. Unit FA-101
3200 S. Kings Hwy.
Cushing, OK. 74023

Office of the General Counsel
Okla. Dep't. of Corr.
3400 N. Martin Luther King Ave.
Oklahoma City, OK. 73111

RE: Grievance Process ops# 090124

Dear: Office of the General Counsel                         OCT 15

  I'm writing you this letter because this facility is not allowing my Grievances to go through, and the reasons that they are giving are incorrect, like for example Grievance # 18-341, was sent back unanswered saying: ["20. Other: - The relief requested on the "Inmate/offender" form (evaluation by a Transgender Specialist and provide treatment) is not Consistant with the "Request to Staff" (evaluation by Transgender specialist on the outside and Treatment). - Inmate has an appt. schedule with one of your psych doctors on 9-30-18. The inmate's request to see an outside provider is premature."]

  The first thing about this that is not right, is the fact that the Request to Staff is Consistant with the Grievance, but yet they use that as a reason to not answer my Grievances. And Second they said that my request it Premature, but it's not because I have been requesting this same medical Treatment now for 6 years. However, after filing a Lawsuit against (D.O.C.) in 2012, in 2015 Dr. Cooper the Chief Medical Officer (CMO) at the time came to see me at Lexington Corr. Center (LCC), and he told me that he was writing this new policy ops# 140147 in order for me to be treated for my Gender Dysphoria, and it was to go into affect on 10-28-2015, but before it went into affect I was Transferred to Davis Corr. Facility (D.C.F.) and (D.C.F.) refused to follow the new Policy, so after filing a lot of paper work on (D.C.F.), (D.O.C.) sent a Psychiatrist to (D.C.F.) to evaluate me. Well the Psychiatrist and I, visited for 3 hours, and during

(1)                                              Turn over →

Department of Corrections
Medical Services Administration
Received
OCT 15 2018

our 3 hour visit, Dr. Jones, the Psychiatrist, told me that I had a severe case of Gender Dysphoria, that required Treatment, and that she was going to recommend Treatment, and if (D.C.F.) refused to Treat me, then she would have me Transferred to another yard that would Treat me, and that she would be back to see me in just 3 weeks. However, 3 month later, and I still have not heard from her, I was Transferred to Cimarron Corr. Facility (C.C.F.), and upon arrival here at (C.C.F.) I find out that other Transgender inmates here are being Treated according to the policy ops# 140147, so I started filing SickCall request to be Treated, and Dr. Paine here tells me that Dr. Jones filed a report saying that I did not meet the Criteria for Gender Dysphoria, so I asked for a second opinion, so Dr. Paine set me up to see another Psychiatrist Dr. Hennanigan, who also Diagnosed me with Gender Dysphoria. 2 months later I request a copy of said diagnosis from Ms. Rashti (HSA), and she replys that I have not been Diagnosed with Gender Dysphoria, so I send a request back in April to see Dr. Hennanigan again so that we can talk about this, and my appointment to see Dr. Hennanigan again is set up for 6 months away, so I finally see Dr. Hennanigan on 9-30-18, and I ask him about his diagnosis of me having Gender Dysphoria, and he tells me that (D.O.C.) did not like his diagnosis, and told him that he was not allowed to say that I needed Treatment for Gender Dysphoria nor was I to be treated for Gender Dysphoria. So as you can see, any Grievances that I file that have any thing to do with me Trying to receive treatment for Gender Dysphoria gets returned unanswer, even though the reason given is incorrect.

    You see I could really use your help, you see Gender Dysphoria is a life Threatening desease if not Treated. Do you have any idea how many Transgenders

(2.)

die each year because they are denied Medical Care for there Gender Dysphoria.

I've tried everything in order to try to receive help, but (D.O.C.) and (C.C.F.) keep putting up roadblock to stop me from receiving Treatment. And my next stop is another Lawsuit against (D.O.C.) and (C.C.F.) but again (D.O.C.) and (C.C.F.) are not letting my Grievances go through all the way.

I've been diagnosed 1 time with Gender Identity Disorder, and twice with Gender Dysphoria sense Oct. 2013, and yet (DOC) will not let me be treated for it. If I could receive my Treatment for Gender Dysphoria, then I won't quit trying to file a Lawsuit against (D.O.C.) and (C.C.F.) but I really need my Treatment before my Time runs out.

Plus my request for help needs to go through as well, because I know for a fact that they are filled out correctly, and per Policy ops# 090124, so therefore why are they not letting them go through, because if they do go through, they know without a shadow of a doubt that it would give me enough proof that I need to be Treated, and then by denying my treatment would give me a lot of Merit in the Courtroom, but what they don't understand is that by not letting my Grievances go through they are hindering me from Exhausting my Administrative Remedies, in which makes them already Exhausted by rule of Law.

So can you please help me in any of these problems I'm having here. I've tried going through Medical Sick Calls, I've Tried going through the Grievance Process ops# 090124, I've tried everything, and at every turn I get block by either (C.C.F.) or (D.O.C.). So can you please give me some help, or tell me what I can do in order to receive some Medical Treatment

(2)    Turn →

for my Gender Dysphoria, or what I can do in order to get my Grievances answer in order to be able to Appeal them.

Thank you for your time in this matter.

Respectfully Requested
Ms. Phoebe Renée Halliwell
A.K.A. Ms. Ronny Darrell
C.C.F. Unit #FA-101
3200 S. Kings Hwy.
Cushing, OK. 74023

Department of Corrections
Medical Services Administration

OCT 15 2018

Received