*Exhibit "E"*

JOE M. ALLBAUGH
DIRECTOR



MARY FALLIN
GOVERNOR

STATE OF OKLAHOMA

OKLAHOMA DEPARTMENT OF CORRECTIONS
OFFICE OF THE GENERAL COUNSEL

October 8, 2018

Ms. Phoebe Renee Halliwell (Darnell), ODOC No. 521825
Cimarron Correctional Facility
3200 South Kings Highway
Cushing, OK  74023

RE: Medical Care at Cimarron Correctional Facility

Ms. Halliwell,
I am in receipt of your letter dated September 10, 2018, in which you raise concern about medical care at Cimarron Correctional Facility. Please refer to OP-090124 for proper grievance filing procedures. I am going to forward your letter to Medical Services for further review.

Sincerely,

Nicole M. Flemming