SCOTT CROW  
INTERIM DIRECTOR



KEVIN STITT  
GOVERNOR

Exhibit "E"

STATE OF OKLAHOMA

OKLAHOMA DEPARTMENT OF CORRECTIONS  
MEDICAL SERVICES

June 24, 2019

Ronny E. Darnell-ODOC #521825  
Cimarron Correctional Facility  
3200 S. Kings Highway  
Cushing, OK 74023

**Re: Written Correspondence (#MARA-19-72)**

Dear Ronny Darnell:

Your letter, dated May 15, 2019, was received in my office on May 23, 2019. In accordance with OP-090124, I am returning a copy of your original correspondence unanswered for the following reason:

1. <u>Failed to bring complaints via formal grievance (i.e., letter used to address concerns).</u>

The appropriate method for addressing any health concern is via the facility's sick call process. Please document your concerns on the attached "Request for Health Services" form and submit it to the medical unit at your facility. If necessary, an appointment can then be scheduled for you to be examined by a qualified health care professional.

<u>If you would like to seek a formal administrative decision or answer to a medical issue or complaint, you must use the grievance process outlined in OP-090124.</u> Please read this policy before you submit any other correspondence. Contact your case manager if you have questions or need further assistance regarding the grievance process. A grievance restriction may be imposed, as described in Section IX, for any subsequent misuse and/or abuse of the grievance process.

Sincerely,

Cheri Atkinson  
Medical Services Manager

CA/cr

CC Safieh Rashti  
   Raymond Byrd (Tiffany Hickerson)  
   James Rudek (Kim Wells)  
   Julie Rose  
   Janna Morgan, Ph.D. (Liz Janway)  
   File

Office of General Counsel
3400 Martin Luther King Ave.
P.O. Box 11400
Oklahoma City, Ok. 73136-0400

A.K.A: Ms. Ronny Darnell
#254704
3200 S. Kings Hwy
Cushing, Ok. 74023

May 15, 2019

RECEIVED
MAY 22 2019
10:36 A.M.
GENERAL COUNSEL

MAY 23 2019
Received

Dear General Counsel

    I am writing this letter on behalf of myself and the Inmate Population. I followed Policy ops# 090124 the Grievance Process. On 4-11-2019, I saw Dr. Paine, who refused to treat me, and he told me that he is not qualified to Treat me. So on 4-11-2019, after returning to my cell, I filed a Request to Staff asking to be seen by an Outside Provider who is qualified to evaluate and Treat me for Gender Dysphoria (GD) in accordance with Policy ops# 140121 (I)(A)(2) and 140121 (II)(B)(5)(6). On 4-23-2019, I received an answer back on my Request to Staff, stating "Denied", telling me that their is Mental Health Staff here who can help evaluate and treat me. But both the Medical Provider and the Mental Health Provider here has told me that they are not qualified to evaluate or treat me. So on 4-23-2019, the same day that I received my response, I filed the Grievance. And on May 15, 2019, I get called to pick up Legal mail, and it's my Grievance Back telling me that I'm Out of Time, that I only have 7 days to submit my Request to Staff from the date of the incident. And the Problem is that I submitted the Request to Staff the same day of the incident that I'm Grievancing over. So I'm not out of time.

    You see the Problem is that they know for a fact that I am a Transgender Female with a Severe case of (GD), and they are trying to find any way possible to stop me from fully Completing my Administrative Remedies.

    I've tried following all of their Policies and ops but they keep finding way to stop me at all cost. And all I want is to receive adequate Medical Care for my Gender Dysphoria in accordance with Policy ops# 140147. And I don't Know what the Problem is, because there is two other Transgender Females on this yard

(1.)

who are receiving proper Treatment for there Gender Dysphoria.

Sense being lock up, I have been diagnosed 3 times, the first time in Oct. 2013, I was diagnosed with Gender Identity Disorder (GID), and then in 2014 (GID) was changed in the (DSM V) to Gender Dysphoria (GD). In July 2017, at (DCF) I was diagnosed with (GD) by Dr. Jones. And then after arriving at (CCF), and seeing Dr. Paina he told me that Dr. Jones had changed her Report, so I asked for a second opinion, so Dr. Paina set me up to see Dr. Hennenigan the Psychiatrist here on 2-14-18, and he also diagnosed me with (GD). However, on 9-30-18, I spoked to Dr. Hennenigan again, and he told me that (DOC) disagreed with his diagnosis, and told him to change it, and that I am not to be treated for my (GD).

So I'm being denied Treatment based on discrimination toward my Gender Identity. I need some help, because (CCF) is not allowing me to access the Grievance process in order to receive adequate Medical care, for my "Serious Medical Need" of Gender Dysphoria.

Thank you for you time in this matter.

Respectfully Requested
M/s. Phoebe Renée Halliwell
M/s. Ronny Cornell
Department of Corrections
Medical Services Administration

MAY 23 2019

Received

(2)